UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

<table>
<tr><td>

LOCAL 295 IBT EMPLOYER GROUP
WELFARE FUND, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

v.

COMPASS MINERALS
INTERNATIONAL, INC., FRANCIS J.
MALECHA, JAMES D.  STANDEN, and
ANTHONY J. SEPICH,

Defendants.

</td><td>

Case No. 2:22-cv-02432-EFM-ADM

CLASS ACTION

</td></tr>
</table>

**MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL AND STAY CASE**

Defendants Compass Minerals International, Inc. ("Compass Minerals" or the "Company"), Francis J. Malecha, James D. Standen, and Anthony J. Sepich (collectively and, together with Compass Minerals, "Defendants") respectfully move this Court to amend its recent Order (Doc. 40), to include a certification for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) of the Court's determination that Plaintiffs have satisfied their pleading requirements under Rules 11(b) and 12(f) of the Federal Rules of Civil Procedure.

As discussed fully in the accompanying memorandum of law in support, this question satisfies the grounds for certification in § 1292(b) because it (a) is a controlling question of law that, if decided in Defendants' favor, will lead to dismissal of Plaintiffs' Amended Complaint; (b) there is a substantial ground for difference of opinion with regards to the question; and (c) its

disposition in Defendants' favor may materially advance the termination of this litigation by disposing of Plaintiffs' Amended Complaint.

Because the parties are about to engage in costly discovery and motion practice that could be rendered unnecessary if the appeal is resolved in Defendants' favor, Defendants move this Court to stay all proceedings in this case pending resolution of any appeal granted by the Tenth Circuit.

**Wherefore**, Defendants respectfully move this Court to (i) amend its Order to include a certification that the question of whether Plaintiffs have satisfied pleading requirements under Rules 11(b) and 12(f) merits an interlocutory appeal pursuant to § 1292(b) and (ii) stay all proceedings pending resolution of any appeal granted by the Tenth Circuit.

_____

DATED:  December 29, 2023

HUSCH BLACKWELL LLP
SARA A. FEVURLY, KS #27537


*/s/ Sara A. Fevurly*
SARA A. FEVURLY
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone:  816/983-8000
Sara.Fevurly@huschblackwell.com

CATHERINE HANAWAY
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone :  314/480-1500
Catherine.Hanaway@huschblackwell.com

CLEARY GOTTLIEB STEEN
& HAMILTON LLP
VICTOR L. HOU
JARED GERBER
One Liberty Plaza
New York, NY  10006
Telephone:  212/225-2000
vhou@cgsh.com
jgerber@cgsh.com

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

Pursuant to D. Kans. Loc. R. 5.1(f), I hereby certify that on this 29th day of December 2023, a true and correct copy of the foregoing was served via the United States District Court's CM/ECF system on all parties or persons requiring notice, including upon attorneys for plaintiffs:

Norman Eli Siegel
STUEVE SIEGEL HANSON, LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
816-714-7100
siegel@stuevesiegel.com

Andrew M. McNeela
Ira M. Press
Thomas W. Elrod
KIRBY MCINERNEY LLP
250 Park Avenue, Suite 820
New York, NY 10177
212-371-6600
Fax: 212-751-2540
amcneela@kmllp.com
ipress@kmllp.com

Joseph J. Tull
Darryl J. Alvarado
ROBBINS GELLER RUDMAN
& DOWD, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
jtull@rgrdlaw.com
dalvarado@rgrdlaw.com

Erin W. Boardman
ROBBINS GELLER RUDMAN
& DOWD, LLP
58 S. Service Road, Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
eboardman@rdrdlaw.com

By: */s/ Sara A. Fevurly*
Sara Fevurly KS #27537
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone:  816/983-8000
Sara.Fevurly@huschblackwell.com