**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

LOCAL 295 IBT EMPLOYER GROUP
WELFARE FUND, Individually and on Behalf of
All Others Similarly Situated,

      Plaintiff,

      v.

COMPASS MINERALS INTERNATIONAL,
INC., et al.,

      Defendants.

Case No. 22-2432-EFM-ADM

**ORDER**

This matter comes before the court on the parties' Joint Motion Requesting Entry of a Protective Order. (ECF 59.) The motion is denied without prejudice to being renewed once the parties address the comments set forth on the attached Exhibit A. If the parties choose to submit a revised protective order, they must (1) file a renewed motion for entry of a protective order and attach a PDF of their revised, proposed protective order that addresses the comments set forth on Exhibit A; and (2) contemporaneously email the undersigned's chambers a Word version of their revised, proposed protective order.

**IT IS SO ORDERED.**

Dated March 21, 2024, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge