**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

LOCAL 295 IBT EMPLOYER GROUP
WELFARE FUND, Individually and on Behalf of
All Others Similarly Situated,

      Plaintiff,

      v.

COMPASS MINERALS INTERNATIONAL,
INC., et al.,

      Defendants.

Case No. 22-2432-EFM-ADM

## ORDER

On July 16, 2024, the court convened a discovery conference at the parties' request to discuss disputes concerning defendants' responses and objections to plaintiffs' requests for production of documents. The parties appeared through counsel.

As discussed in further detail on the record, the court ordered defendants to serve supplemental responses by **July 23, 2024**. The supplemental responses must make clear exactly what defendants are producing in response to each request—specifically, by stating "whether any responsive materials are being withheld on the basis of [any] objection." *See* FED. R. CIV. P. 34(b)(2)(C). "An objection that states the limits that have controlled the search for responsive and relevant materials qualifies as a statement that the materials have been 'withheld.'" FED. R. CIV. P. 34 advisory committee notes to 2015 amendments ("Examples would be a statement that the responding party will limit the search to documents . . . within a given period of time . . . or to specified sources.").

The parties must then meet and confer in a good-faith attempt to resolve any remaining discovery issues pertaining to defendants' supplemental responses.  By noon on **August 1, 2024,** plaintiffs must submit to the undersigned's chambers a numbered list of the document requests still in dispute, along with copies of defendants' supplemental responses.  The court will entertain an oral motion to compel at a hearing scheduled for **August 2, 2024, at 10:00 a.m.** in Kansas City Courtroom 223.

**IT IS SO ORDERED.**

Dated July 16, 2024, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge
