UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| LOCAL 295 IBT EMPLOYER GROUP WELFARE FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>        v.<br><br>COMPASS MINERALS INTERNATIONAL, INC., FRANCIS J. MALECHA, JAMES D.  STANDEN, and ANTHONY J. SEPICH,<br><br>                Defendants. | Case No. 2:22-cv-02432-EFM-ADM<br><br>CLASS ACTION |

**DEFENDANTS' COMAPRATIVE FAULT DESIGNATION**

Pursuant to the Court's Scheduling Order (March 27, 2024) (ECF No. 62),[1] Defendants

Compass Minerals International, Inc., Francis J. Malecha, James D. Standen, and Anthony J.

Sepich identify the entities whose fault is to be compared in this matter under 18 U.S.C.

§ 78u-4(f):

To the extent that Plaintiffs Local 295 IBT Employer Group Welfare Fund and/or Retail

Wholesale Department Store Union Local 338 Retirement Fund, or any member of a putative

class, sustained losses, then such losses may have been caused or contributed to by third-party

consultants and manufacturers who played a role in evaluating and advising Defendants with

---

[1]    Consistent with Local Rule 6.1(c), the parties stipulated to an extension of Defendants' deadline to file their comparative fault designation to August 23, 2024.

respect to the adoption and implementation of the continuous mining-continuous hauling

("CMCH") technology at issue in this case.  Discovery is ongoing in this case and, depending on

the evidence developed concerning the evaluation, installation, and ramp-up of CMCH,

Defendants will supplement this designation if necessary to identify specific individuals or

entities whose role should be considered for purposes of 18 U.S.C. § 78u-4(f).

Defendants' comparative fault designation is based on information and belief at this time

and in no way excludes the possibility that other parties or non-parties may have been involved.

To the extent Defendants identify evidence to suggest that any other person or entity caused or

contributed to the alleged losses, Defendants will supplement this designation.

DATED:  August 23, 2024

HUSCH BLACKWELL LLP
SARA A. FEVURLY, KS #27537


  /s/ Sara A. Fevurly
SARA A. FEVURLY
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone:  816/983-8000
Sara.Fevurly@huschblackwell.com

CATHERINE HANAWAY
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone:  314/480-1500
Catherine.Hanaway@huschblackwell.com


CLEARY GOTTLIEB STEEN
& HAMILTON LLP
VICTOR L. HOU
JARED GERBER
WILLIAM E. BALDWIN
One Liberty Plaza
New York, NY  10006
Telephone:  212/225-2000
vhou@cgsh.com
jgerber@cgsh.com

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

Pursuant to D. Kans. Loc. R. 5.1(f), I hereby certify that on this 23rd day of August, 2024, a true and correct copy of the foregoing was served via the United States District Court's CM/ECF system on all parties or persons requiring notice.

By:    /s/ Sara A. Fevurly
Sara Fevurly KS #27537
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone:  816/983-8000
Sara.Fevurly@huschblackwell.com

4