**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| LOCAL 295 IBT EMPLOYER GROUP WELFARE FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br><br>        v.<br><br><br>COMPASS MINERALS INTERNATIONAL, INC., FRANCIS J. MALECHA, JAMES D. STANDEN, and ANTHONY J. SEPICH,<br><br><br>        Defendants. | Case No. 2:22-cv-02432-EFM-ADM<br><br>CLASS ACTION |

**JOINT MOTION FOR STAY OF CASE PENDING FINALIZATION OF SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiffs and Defendants (the "Parties") respectfully and jointly move this Court to issue an order staying this case pending submission of a class settlement agreement for the Court's approval. This is the Parties' second motion for a stay and/or modification of the Scheduling Order, and the Parties are in complete agreement.

On February 7, 2025, the Parties reached an agreement in principle to settle this action on a class-wide basis. The Parties will imminently execute a binding term sheet that contemplates the drafting of a more detailed class settlement agreement and the submission of a motion seeking preliminary approval of the class settlement to the Court. Plaintiffs anticipate that they will submit that motion in approximately 45 days.

A court has the inherent power to stay its own proceedings in order to ensure "economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also Stein v. Crutchfield*, 2023 WL 2610275, at *1 (D. Kan. March 23, 2023).  In order to conserve resources and permit the Parties to focus on finalizing a class settlement agreement, the Parties respectfully request that the Court stay all discovery and current case deadlines pending the submission of a motion for settlement approval.

DATED:  February 10, 2025

| | |
|---|---|
| STUEVE SIEGEL HANSON LLP | HUSCH BLACKWELL LLP |
| NORMAN E. SIEGEL, D. Kan. #70354 | SARA A. FEVURLY, KS #27537 |

  _/s Norman E. Siegel_              /s Sara A. Fevurly

SARA A. FEVURLY
NORMAN E. SIEGEL                    4801 Main Street, Suite 1000
460 Nichols Road, Suite 200        Kansas City, MO 64112
Kansas City, MO 64112              Telephone:  816/983-8000
Telephone: 816/714-7100            Sara.Fevurly@huschblackwell.com
816/714-7101 (fax)
siegel@stuevesiegel.com            CATHERINE HANAWAY
                                   190 Carondelet Plaza, Suite 600
_Local Counsel_                    St. Louis, MO 63105
                                   Telephone:  314/480-1500
                                   Catherine.Hanaway@huschblackwell.com


                                   CLEARY GOTTLIEB STEEN
                                   & HAMILTON LLP
                                   VICTOR L. HOU
ROBBINS GELLER RUDMAN              RISHI N. ZUTSHI
& DOWD LLP                         ANDREW WEAVER
DARRYL J. ALVARADO                 WILLIAM E. BALDWIN
HEATHER G. GEIGER                  ANDREW O'CONNOR
JOSEPH J. TULL                     KATHERINE MACADAM
655 West Broadway, Suite 1900      One Liberty Plaza
San Diego, CA 92101                New York, NY  10006
Telephone: 619/231-1058            Telephone:  212/225-2000
619/231-7423 (fax)                 vhou@cgsh.com
dalvarado@rgrdlaw.com
hgeiger@rgrdlaw.com
jtull@rgrdlaw.com                  _Counsel for Defendants_

ROBBINS GELLER RUDMAN
& DOWD LLP
ERIN W. BOARDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
eboardman@rgrdlaw.com

KIRBY McINERNEY LLP
ANDREW M. McNEELA
THOMAS W. ELROD
IRA M. PRESS
LAUREN WANDS
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: 212/317-2300
212/751-2540 (fax)
amcneela@kmllp.com
telrod@kmllp.com
ipress@kmllp.com
lwands@kmllp.com

*Lead Counsel for Lead Plaintiff*

FRIEDMAN & ANSPACH
EUGENE FRIEDMAN
DANIEL TREIMAN
1500 Broadway
New York, NY 10036
Telephone: 212/354-4500
efriedman@friedmananspach.com
dtreiman@friedmananspach.com

*Additional Counsel*

4

## CERTIFICATE OF SERVICE

Pursuant to D. Kans. Loc. R. 5.1(f), I hereby certify that on this 10th day of February, 2025, a true and correct copy of the foregoing was served via the United States District Court's CM/ECF system on all parties or persons requiring notice.

By:      *s/ Sara Fevurly*
Sara Fevurly KS #27537
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone:  816/983-8000
Sara.Fevurly@huschblackwell.com