UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| LOCAL 295 IBT EMPLOYER GROUP WELFARE FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>   vs.<br><br>COMPASS MINERALS INTERNATIONAL, INC., et al.,<br><br>                  Defendants. | Civil Action No. 2:22-cv-02432-EFM-ADM<br><br><u>CLASS ACTION</u> |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION
<u>SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION</u>**

Lead Plaintiff Retail Wholesale Department Store Union Local 338 Retirement Fund ("Local 338") and additional Plaintiff Local 295 IBT Employer Group Welfare Fund ("Local 295" and, collectively with Local 338, "Plaintiffs"), on behalf of the Class and pursuant to Rule 23 of the Federal Rules of Civil Procedure, respectfully move this Court for the entry of an order and a Judgment: (1) granting final approval of the Settlement in the above-captioned litigation; and (2) approving the Plan of Allocation. This motion is based on the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, the declarations submitted in support thereof, the previously-filed Stipulation of Settlement, all other pleadings and matters of record, and such additional evidence or argument that may be presented at the hearing on this matter.

A proposed order and a Judgment negotiated by the Parties will be submitted after the July 9, 2025 deadline for requesting exclusion from the Class or objecting has passed.

DATED: June 25, 2025

Respectfully submitted,

STUEVE SIEGEL HANSON LLP
NORMAN E. SIEGEL, D. Kan. #70354

*s/ Norman E. Siegel*
NORMAN E. SIEGEL

460 Nichols Road, Suite 200
Kansas City, MO  64112
Telephone:  816/714-7100
816/714-7101 (fax)
siegel@stuevesiegel.com

*Local Counsel*

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
DARRYL J. ALVARADO
HEATHER G. GEIGER
JOSEPH J. TULL
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
dalvarado@rgrdlaw.com
hgeiger@rgrdlaw.com
jtull@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ERIN W. BOARDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
eboardman@rgrdlaw.com

KIRBY McINERNEY LLP
ANDREW M. McNEELA
THOMAS W. ELROD
IRA M. PRESS
LAUREN WANDS
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: 212/317-2300
212/751-2540 (fax)
amcneela@kmllp.com
telrod@kmllp.com
ipress@kmllp.com
lwands@kmllp.com

*Lead Counsel for Lead Plaintiff*

- 3 -

        FRIEDMAN & ANSPACH
        EUGENE FRIEDMAN
        DANIEL TREIMAN
        1500 Broadway
        New York, NY 10036
        Telephone: 212/354-4500
        efriedman@friedmananspach.com
        dtreiman@friedmananspach.com

*Additional Counsel*