UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| LOCAL 295 IBT EMPLOYER GROUP WELFARE FUND, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Civil Action No. 2:22-cv-02432-EFM-ADM |
| ) | CLASS ACTION |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| COMPASS MINERALS INTERNATIONAL, INC., et al., ) ) ) | |
| ) | |
| Defendants. ) ) | |
| ) | |

**LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND
EXPENSES AND AWARDS TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4)**

Lead Counsel, on behalf of the Class and pursuant to Rule 23 of the Federal Rules of Civil Procedure, respectfully move this Court for entry of an order awarding attorneys' fees and expenses to Lead Counsel, including awards to Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4). This motion is based on the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4), the declarations submitted in support thereof, the previously-filed Stipulation of Settlement, all other pleadings and matters of record, and such additional evidence or argument that may be presented at the hearing on this matter.

A proposed order will be submitted after the July 9, 2025 deadline for objecting has passed.

DATED:  June 25, 2025                                Respectfully submitted,

                                                    STUEVE SIEGEL HANSON LLP
                                                    NORMAN E. SIEGEL, D. Kan. #70354


                                                         *s/ Norman E. Siegel*
                                                    NORMAN E. SIEGEL

                                                    460 Nichols Road, Suite 200
                                                    Kansas City, MO  64112
                                                    Telephone:  816/714-7100
                                                    816/714-7101 (fax)
                                                    siegel@stuevesiegel.com

                                                    *Local Counsel*

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
DARRYL J. ALVARADO
HEATHER G. GEIGER
JOSEPH J. TULL
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
dalvarado@rgrdlaw.com
hgeiger@rgrdlaw.com
jtull@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ERIN W. BOARDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
eboardman@rgrdlaw.com

KIRBY McINERNEY LLP
ANDREW M. McNEELA
THOMAS W. ELROD
IRA M. PRESS
LAUREN WANDS
250 Park Avenue, Suite 820
New York, NY  10177
Telephone:  212/317-2300
212/751-2540 (fax)
amcneela@kmllp.com
telrod@kmllp.com
ipress@kmllp.com
lwands@kmllp.com

*Lead Counsel for Lead Plaintiff*

- 2 -

- 3 -

FRIEDMAN & ANSPACH
EUGENE FRIEDMAN
DANIEL TREIMAN
1500 Broadway
New York, NY  10036
Telephone:  212/354-4500
efriedman@friedmananspach.com
dtreiman@friedmananspach.com

*Additional Counsel*