# EXHIBIT 6

UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| LOCAL 295 IBT EMPLOYER GROUP WELFARE FUND, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | Civil Action No. 2:22-cv-02432-EFM-ADM <u>CLASS ACTION</u> |
| Plaintiff, ) ) | |
| vs. ) ) | |
| COMPASS MINERALS INTERNATIONAL, INC., et al., ) ) ) | |
| Defendants. ) ) ) | |

**DECLARATION OF NORMAN E. SIEGEL FILED ON BEHALF OF STUEVE SIEGEL HANSON LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

I, Norman E. Siegel, declare as follows:

1.      I am a member in good standing of the Bar of the State of Missouri and am admitted to practice before this Court. I am a partner at the law firm of Stueve Siegel Hanson LLP ("SSH" or "the Firm").  I am submitting this declaration in support of the application for an award of attorneys' fees and expenses/charges ("expenses") in connection with services rendered in the above-entitled action.

2.      SSH is counsel of record for lead plaintiff Retail Wholesale Department Store Union Local 338 Retirement Fund ("Local 338") and additional plaintiff Local 295 IBT Employer Group Welfare Fund ("Local 295" and, collectively with Local 338, "Plaintiffs").

- 1 -

4906-7508-3849.v1

3.      The information in this declaration regarding the Firm's time and expenses is taken from time and expense reports and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business.  I am the partner who oversaw and/or conducted the day-to-day activities in the litigation, and I reviewed these reports (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration.  The purpose of this review was to confirm both the accuracy of the entries as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation.  I believe that the time reflected in the Firm's lodestar calculation and the expenses for which payment is sought herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the litigation.

4.      The number of hours spent on the litigation by my Firm is 34.9 hours.  A breakdown of the lodestar is provided in Exhibit A.  The lodestar amount for attorney time based on the Firm's current rates is $44,407.50.  The hourly rates shown in Exhibit A are consistent with hourly rates submitted by the Firm in other securities class action litigation.  The Firm's rates are set based on periodic analysis of rates charged by firms performing comparable work both on the plaintiff and defense side.  Different timekeepers within the same employment category (*e.g.*, partners, associates, paralegals, etc.) may have different rates based on a variety of factors, including years of practice, years at the Firm, years in the current position (*e.g.*, years as a partner), relevant experience, relative expertise, and the rates of similarly experienced peers at this Firm or other firms.  For personnel who are no longer employed by the Firm, the "current rate" used for the lodestar calculation is based upon the rate for that person in his or her final year of employment with the Firm.

5.      My firm's rates, as annually adjusted, have been approved by many courts across the country.  *See O'Dell v. Aya Healthcare, Inc.*, No. 22-cv-1151-CAB-MMP, ECF 136 at 8 (S.D.

- 2 -

Cal. Oct. 15, 2024) (approving as reasonable Stueve Siegel Hanson's 2024 hourly rates); *Clemens v. ExecuPharm, Inc.*, No. 2:20-03383, ECF 67 at 8 (E.D. Pa. Oct. 1, 2024) (finding Stueve Siegel Hanson's 2024 hourly rates for Mr. Siegel of $1,325 reasonable, among other billing rates); *Niewinski v. State Farm Life Ins. Co.*, No. 23-cv-4159, ECF 36 at 9 (W.D. Mo. Apr. 1, 2024) (approving Class Counsel's 2024 hourly rates of up to $1,325 for partners, $825 for associates, and $350 for paralegals as part of lodestar crosscheck analysis); *id.*, ECF 29-1, ¶30; ECF 33-2, ¶4; *Armstrong v. Kimberly-Clark Corp.*, 2024 WL 1123034, at *6 (N.D. Tex. Mar. 14, 2024) (approving Stueve Siegel Hanson's 2023 hourly rates of up to $1,225 for partners, $675 for associates, and $350 for paralegals); *Rogowski v. State Farm Life Ins. Co.*, 2023 WL 5125113, at *5 n.8 (W.D. Mo. Apr. 18, 2023) (approving Class Counsel's 2023 hourly rates of up to $1,125 for partners, $700 for associates, and $340 for paralegals); *In re Cap. One Consumer Data Sec. Breach Litig.*, 2022 WL 17176495, at *5 (E.D. Va. Nov. 17, 2022) (finding Stueve Siegel Hanson's 2022 hourly rates of up to $1,025 for partners, $625 for associates, and $315 for paralegals, reasonable); *Hays v. Nissan N. Am. Inc.*, No. 4:17-cv-00353-BCW, ECF 138, ¶5 (W.D. Mo. Sept. 30, 2022) (approving rates of $1,125 for partners, $695 for associates, $340 for paralegals).

6.      My Firm seeks an award of $1,362.58 in expenses and charges in connection with the prosecution of the litigation.  Those expenses and charges are summarized by category in Exhibit B.

7.      The following is additional information regarding certain of these expenses:

(a)     Filing, Witness, and Other Fees: $852.00.  These expenses have been paid to the Court for filing fees, including: (i) the filing of the complaint; and (ii) the filing of motions to appear *pro hac vice*.  These fees are detailed in Exhibit C.

(b)     Online Legal and Financial Research: $510.58.  This category includes vendors such as PACER and Westlaw.  These resources were used to obtain access to relevant

- 4 -

documents and legal research, and for cite-checking of briefs.  This expense represents the expense incurred by SSH for use of these services in connection with this litigation.  The charges for these vendors vary depending upon the type of services requested.

8.      The expenses pertaining to this case are reflected in the books and records of this Firm.  These books and records are prepared from receipts, expense vouchers, check records, and other documents and are an accurate record of the expenses.

9.      The identification and background of my Firm and its partners is attached hereto as Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 17th day of June, 2025, at Kansas City, Missouri.

_____
                    Norman E. Siegel

4906-7508-3849.v1

# EXHIBIT A

**EXHIBIT A**

*Local 295 IBT Employer Group Welfare Fund v. Compass Minerals International, Inc., et al.*,
No. 2:22-cv-02432-EFM-ADM
Stueve Siegel Hanson LLP
Inception through June 13, 2025

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Norman Siegel | (P) | 22.90 | $1,425.00 | $32,632.50 |
| Bradley Wilders | (P) | 3.40 | $1,250.00 | $4,250.00 |
| Larkin Walsh | (A) | 4.90 | $875.00 | $4,287.50 |
| David Hickey | (A) | 3.70 | $875.00 | $3,237.50 |
| | | | | |
| *TOTAL* | | *34.90* | | *$44,407.50* |

(P) Partner
(A) Associate

4899-9410-0809.v1

# EXHIBIT B

**EXHIBIT B**

*Local 295 IBT Employer Group Welfare Fund v. Compass Minerals International, Inc., et al.*,
No. 2:22-cv-02432-EFM-ADM
Stueve Siegel Hanson LLP
Inception through June 13, 2025

| CATEGORY | AMOUNT |
|---|---|
| Filing, Witness, and Other Fees | $852.00 |
| Online Legal and Financial Research | $510.58 |
| | |
| *TOTAL* | *$1,362.58* |

4899-9410-0809.v1

# EXHIBIT C

**EXHIBIT C**

*Local 295 IBT Employer Group Welfare Fund v. Compass Minerals International, Inc., et al.,*
No. 2:22-cv-02432-EFM-ADM
Stueve Siegel Hanson LLP

Filing, Witness, and Other Fees: $852.00

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 10/21/2022 | United States District Court of Kansas | Complaint filing fee |
| 1/27/2023 | United States District Court of Kansas | Pro Hac Vice fee for Darryl Alvarado and Erin Boardman |
| 3/13/2023 | United States District Court of Kansas | Pro Hac Vice fee for Ira Press and Joseph Tull |
| 3/13/2023 | United States District Court of Kansas | Pro Hac Vice fee for Thomas Elrod and Andrew McNeela |
| 7/12/2023 | United States District Court of Kansas | Pro Hac Vice fee for David Bishop |
| 4/4/2024 | United States District Court of Kansas | Pro Hac Vice fee for Lauren Wands |
| 3/6/2025 | United States District Court of Kansas | Pro Hac Vice fee for Ellen Guiskoff Stewart |

4899-9410-0809.v1

# EXHIBIT D



# WHO WE ARE

Stueve Siegel Hanson was launched in 2001 on a foundational business model where our payment for legal services would depend on the results delivered and the value provided rather than the hours spent on a case. Since then this business model has been a hallmark of our success, which has included the recovery of billions of dollars in damages and relief for consumers, entrepreneurs, employees, small and large businesses, and a variety of economic underdogs. The cases we handle frequently arise in some of the most complex areas of the law, including antitrust, intellectual property, FLSA collective actions, consumer and securities class actions, data breach, franchise disputes and other complex business litigation.

Our team of lawyers includes some of the best trained and most experienced trial lawyers in the country. Stueve Siegel Hanson's founding partners were partners at some of the country's largest law firms. The firm has also been fortunate in its ability to attract, retain and promote lawyers educated at top law schools and groomed at nationally prominent law firms, many of whom also have had valuable experiences as judicial law clerks at both the trial court and appellate levels.

Stueve Siegel Hanson is a national litigation firm based in Kansas City, Missouri, with offices in the heart of The Country Club Plaza.

# OUR MISSION

Stueve Siegel Hanson provides aggressive, cutting-edge representation in litigation. Our law firm serves companies in business disputes as well as individuals harmed by dangerous products, unfair employers or unsavory business practices.

Because we work on a contingency model, our fees are based on the results we achieve. This means our trial lawyers have the same interests you do: Succeed for you and we succeed ourselves, fail you and we fail ourselves.

We believe the pursuit of justice should not be subject to the dysfunction of the billable hour, which rewards attorneys more for time than the results achieved. We take pride in winning efficiently and effectively as our clients' partner in the courtroom.

We invest in our firm, our profession and our community. We recruit the brightest attorneys from the nation's top law firms, and together we maintain a culture of camaraderie and respect. We apply new technology to further our efficiency, communication and creativity. We give our time and talents to pro bono projects, community service and bar organizations. While we take considerable pride in earning awards and recognition, we are most fulfilled by results, referrals and repeat business.



# JUDICIAL PRAISE

"I've always been impressed with the professionalism and the quality of work that has been done in this case by both the plaintiffs and the defendants. On more than one occasion, it has made it difficult for the Court because the work has been so good."

> **Hon. Nanette Laughrey**, U.S. District Court for the Western District of Missouri
> *Nobles, et al., v. State Farm Mutual Automobile Insurance Co.*

"The complex and difficult nature of this litigation, which spanned across multiple jurisdictions and which involved multiple types of plaintiffs and claims, required a great deal of skill from plaintiffs' counsel, including because they were opposed by excellent attorneys retained by Syngenta. That high standard was met in this case, as the Court finds that the most prominent and productive plaintiffs' counsel in this litigation were very experienced had very good reputations, were excellent attorneys, and performed excellent work. In appointing lead counsel, the various courts made sure that plaintiffs would have the very best representation… In this Court's view, the work performed by plaintiffs' counsel was consistently excellent, as evidenced at least in part by plaintiffs' significant victories with respect to dispositive motion practice, class certification, and trial."

> **Hon. John Lungstrum**, U.S. District Court for the District of Kansas
> *In Re: Syngenta AG MIR 162 Corn Litigation*

"The most compelling evidence of the qualifications and dedication of proposed class counsel is their work in this case. Considering how far this action has come despite a grant of summary judgment in Defendant's favor and a reversal on appeal, proposed class counsel have made a strong showing of their commitment to helping the class vigorously prosecute this case."

> **Hon. Andrew J. Guilford**, U.S. District Court for the Central District of California
> *Reyes v. Experian*

"I believe this was an extremely difficult case. I also believe that it was an extremely hard fought case, but I don't mean hard fought in any negative sense. I think that counsel for both sides of the case did an excellent job… I congratulate the plaintiffs and I also congratulate the defense lawyers on the very, very fine job that both sides did in a case that did indeed pose novel and difficult issues."

> **Hon. Audrey G. Fleissig**, U.S. District Court for the Eastern District of Missouri
> *William Perrin, et al., v. Papa John's International, Inc.*

"The experience, reputation and ability of class counsel is outstanding."

> **Hon. Michael Manners**, Circuit Court of Jackson County, Missouri
> *Berry v. Volkswagen Grp. of Am., Inc.*

"It appears that plaintiffs' counsel's experience in wage-hour class actions has unmatched depth."

> **Hon. J. Thomas Marten**, U.S. District Court for the District of Kansas
> *Garcia v. Tyson Foods, Inc.*



# SECURITIES LITIGATION

- *Yellowdog Partners, LP v. CURO Group Holdings Corp.* Stueve Siegel Hanson served as local counsel for the appointed Lead Plaintiff in this securities class action. Lead Plaintiff alleged that the company deliberately transitioned away from its most profitable line of business and concealed the negative, near-term impact of that transition from shareholders. In December 2020, the United States District Court for the District of Kansas approved the $8.98 million class settlement.

- *Mortgage Backed Securities Litigation*. Stueve Siegel Hanson represented a federal agency in multiple lawsuits alleging that mortgage backed securities were sold as safe investments, but were in fact far riskier than represented. These securities lawsuits were filed against some of the largest financial companies in the country, including J.P. Morgan, Wachovia, UBS, Credit Suisse, Barclays and RBS, and asserted causes of action including violations of the Kansas Blue Sky Laws as well as violations of other state and federal securities laws. The last of these cases, which were all pending in the U.S. District Court for the District of Kansas, resolved in 2017.

- *Bennett v. Sprint Nextel Corp.* Investors represented by Stueve Siegel Hanson and co-counsel reached a $131 million settlement with Sprint resolving claims arising out of the merger between Sprint Corp. and Nextel Communications. The suit alleged that Sprint, its former CEO and other company officials made misleading statements regarding its integration with Nextel Communications that artificially inflated the value of Sprint's securities.

- *Crossroads Wireless Litigation.* Stueve Siegel Hanson successfully litigated this securities case against investment bankers and brokers for statutory and common law fraud. The firm represented more than a dozen independent telephone companies and not-for-profit cooperatives in Missouri, Kansas, Nebraska and Kentucky seeking to recover nearly $40 million they invested in the now-defunct Crossroads Wireless project. Defendants in the case included investment banks Brown Brothers Harriman and George K. Baum. A confidential favorable settlement was reached on behalf of the telephone companies.

- Stueve Siegel Hanson was designated lead counsel in several cases alleging securities fraud in connection with the sale of auction rate securities by major broker-dealers including, among others, Bank of America, Deutsche Bank, JP Morgan Chase, Morgan Stanley, Merrill Lynch, Oppenheimer, Raymond James, UBS, Wachovia, and Wells Fargo.



# CLASS AND COLLECTIVE ACTIONS

Since opening its doors in 2001, Stueve Siegel Hanson has obtained substantial results in a wide range of complex commercial, class, and collective actions while serving as lead or co-lead counsel. Over the past decade, verdicts and settlements include:

*Antitrust*

- Obtaining $53 million in settlements between a class of direct purchasers of automotive lighting products and several manufacturers accused of participating in a price fixing scheme.
- Obtaining a $25 million settlement in a nationwide antitrust class action regarding price fixing of aftermarket automotive sheet metal parts.
- Obtaining a $7.25 billion settlement in a massive price-fixing case brought by a class of U.S. merchants against Visa, Mastercard and their member banks.
- Obtaining $33 million in nationwide class action alleging price fixing for certain polyurethanes in Urethanes antitrust case.
- Obtaining a $25 million settlement in a class action lawsuit that alleged Blue Rhino and certain competitors conspired to reduce the amount of propane gas in cylinders sold to customers. The firm obtained a $10 million settlement in a related suit against AmeriGas.

*Data Privacy*

- Obtaining a historic $1.5 billion settlement in a nationwide class action stemming from credit reporting firm Equifax's massive 2017 data breach.
- Obtaining $500 million, plus additional benefits, for victims of the T-Mobile data breach.
- Obtaining a $190 million settlement in a class action following a Capital One data breach that compromised the confidential information of nearly 100 million credit applicants.
- Obtaining a $115 million settlement resulting from a 2015 data breach affecting Anthem, Inc., one of the nation's largest for profit managed health care companies.
- Obtaining a $38 million settlement with Meta relating to alleged insufficient disclosures of location-tracking practices in the Facebook application.
- Obtaining a $10 million settlement in a class action resulting from a data breach at Target Corp.
- Obtaining a $3.25 million settlement in data privacy litigation on behalf of more than 61,000 optometrists whose personal information was compromised by the national optometry board.
- Obtaining a $2.3 million settlement in a class action stemming from a data breach at global technology company Citrix's internal network.
- Obtaining a $1.3 million settlement on behalf of 7,000 employees of litigation services provider UnitedLex following a data breach resulting in extensive tax fraud.

*Catastrophic Injury*

- Obtaining $39.5 million in settlements from three refiners on behalf of adjacent homeowners living above a large plume of gasoline leaked from the refineries and connecting pipelines.



*Commercial Litigation*

- Obtaining a $1.51 billion settlement – the largest agribusiness settlement in U.S. history – for U.S. corn growers, grain handling facilities and ethanol production plants that purchased corn seeds prematurely sold by Syngenta.
- Obtaining a $218 million jury verdict for a class of Kansas corn producers who purchased corn seeds prematurely sold by Syngenta.
- Obtaining a $56 million settlement on behalf of a class of government entities against Trinity Industries and its manufacturing arm, Trinity Highway Products, to remove and replace the companies' 4-inch ET Plus guardrail end terminals on Missouri roads.
- Obtaining a $55 million settlement for U.S. dairy farmers who purchased the Classic model of the voluntary milking system (VMS) manufactured and sold by DeLaval Inc.
- Obtaining a $49.75 million settlement in the United States with Lely on behalf of dairy farmers who purchased its robotic milking system, the Lely Astronaut A4.
- Obtaining more than $44 million in restitution and $7.9 million in cash for dentists against Align Technology, Inc. in a nationwide deceptive trade practices case.

*Consumer Class Action*

- Obtaining up to $220 million in damages for all Missouri residents who purchased the prescription pain reliever Vioxx before it was removed from the market.
- Obtaining more than $75 million in relief for purchasers of Hyundai vehicles for Hyundai's overstatement of horsepower in vehicles.
- Obtaining $29.5 million in settlements for overdraft fees charged to customers from UMB Bank, Bank of Oklahoma and Intrust Bank.
- Obtaining two settlements totaling $29 million to resolve consumer class action claims against Experian, one of the "big three" credit reporting agencies, arising out of the company's reporting of delinquent loan accounts.
- Obtaining $19.4 million for purchasers of H&R Block's Express IRA product related to allegedly false representations made during the sales presentation.

*Cost of Insurance*

- Obtaining an appellate victory against Kansas City Life maintaining the full amount of damages awarded by the jury for overcharges to the cash values of the class of Missouri policyholders' universal life insurance policies and obtaining an additional award of prejudgment to bring the total judgment to over $48 million.
- Obtaining three jury verdicts of over $33 million in three class action jury trials against Kansas City Life on behalf of Missouri and Kansas policy owners.
- Obtaining a $34 million jury verdict in a class action trial against State Farm on behalf of Missouri policy owners alleging the insurer improperly included non-mortality factors in calculating the cost of insurance charge under the insurance contract. The jury verdict was affirmed by the Eighth Circuit on appeal and the appellate court awarded an additional $5 million in prejudgment interest bringing the total recovery to nearly $40 million.

*Cost of Insurance*

- Obtaining a $2.25 billion settlement in a class action lawsuit against The Lincoln National Life Insurance Company over alleged life insurance policy overcharges.
- Obtaining two nationwide class action settlements with State Farm for $325 million and $65 million on behalf of policy owners alleging the insurer improperly included non-mortality factors in calculating the cost of insurance charge under the insurance contract.
- Obtaining a $59.75 million settlement in a nationwide class action lawsuit against John Hancock Life Insurance Company (U.S.A.) over alleged life insurance policy overcharges.
- Obtaining a $32.5 million class action settlement for policy owners in 11 states in a lawsuit against Symetra Life Insurance Company for the insurer's alleged improper calculation of the cost of insurance charges under the insurance contract.

*Wage and Hour*

- Obtaining a $73 million settlement on behalf of current and former Bank of America retail banking and call center employees who alleged violations of the Fair Labor Standards Act.
- Obtaining approximately $50 million in settlements on behalf of DirecTV satellite technicians who were denied overtime and minimum wages in a California state court class action, more than 50 federal mass actions, and a collective arbitration.
- Obtaining a $27.5 million settlement for a class of loan originators who were misclassified as exempt and denied overtime.
- Obtaining a $25 million settlement for a class of mortgage consultants for unpaid overtime as lead counsel in multidistrict litigation.
- Obtaining a $24 million settlement to resolve a collective arbitration and more than 50 federal mass actions involving misclassified satellite technicians denied overtime and minimum wages.
- Obtaining a $14.5 million settlement for a class of inventory associates for unpaid overtime.
- Obtaining a $12.5 million settlement for multiple classes and collective of pizza delivery drivers alleging vehicle expenses reduced their wages below the minimum wage.
- Obtaining a $12.5 million settlement for classes of workers at two MGM casinos for tip credit violations.
- Obtaining a $10.5 million settlement for a class of bank employees for misclassification as being exempt from overtime.
- Obtaining a $9.8 million settlement for collectives of workers at three Rush Street Gaming casinos for tip credit and wage deduction violations.
- Obtaining an $8.5 million settlement for a collective of employees in the hospitality industry for unpaid minimum wages.
- Obtaining a $7.7 million settlement for a class of loan account servicers misclassified as exempt and denied overtime.
- Obtaining a $7.5 million settlement for class of loan processors in multidistrict litigation.
- Obtaining $6 million settlement for a class of workers at Wind Creek Casino for tip credit and wage deduction violations.

# NORMAN E. SIEGEL
## PARTNER



T 816.714.7112
siegel@stuevesiegel.com

Norman E. Siegel litigates high-stakes cases for companies and individuals. He has earned a reputation locally and nationally for his ability to strategize, negotiate and deliver results. He was recently named by *Best Lawyers* as a 2020 "Lawyer of the Year" and by *Law360* as a "Titan of the Plaintiff's Bar" for his work in class action litigation following big wins against some of the largest corporations in America.

Norm has successfully tried to verdict a wide range of cases, obtaining several multimillion-dollar jury verdicts, and has obtained billions in settlements for his clients. Norm concentrates his practice in three principal areas:

**Business Litigation.** Norm successfully deploys the firm's contingency fee business litigation model in bet-the-company and "David vs. Goliath" matters involving intellectual property, breach of contract, fraud, misrepresentation and more. In one such matter, he prosecuted a groundbreaking antitrust case on behalf of Heartland Surgical Specialty Hospital, which claimed the region's dominant hospital systems conspired to prevent it from obtaining in-network provider contracts. After Norm secured a key admission from a defense witness, Heartland settled with all defendants.

**Data Breach and Privacy.** Named one of Law360's "MVPs of the Year" for Cybersecurity and Privacy, Norm has served as lead counsel in several of the largest data breach cases litigated to date, including the sprawling multidistrict litigation alleging Equifax compromised the personal information of more than 148 million Americans in a 2017 data breach. More than 250 cases were filed against Equifax, and Norm was selected lead counsel over scores of other applicants. A leader in this burgeoning field of law, Norm has prosecuted data breach claims against Capital One, Quest Diagnostics, Target Corp., The Home Depot Inc., Marriott, the Office of Personnel Management, and the National Board of Examiners in Optometry, and he is the co-founder of the American Association for Justice's data breach and privacy group.



**Class Actions.** Norm's recent work includes multimillion-dollar jury verdicts and settlements on behalf of consumers who were overcharged for life insurance policies. In *Vogt v. State Farm Insurance Co.*, Norm delivered the closing argument to the jury that returned a $34 million verdict for Missouri owners of State Farm life insurance. Norm also served as lead counsel in *Larson v. John Hancock Life Insurance Co.*, a nationwide class action that ultimately settled for $59.75 million just before trial. For his work in the field, *Best Lawyers* recently named Norm "Lawyer of the Year" for class action litigation.

Norm began his career as an Assistant Attorney General at the Missouri Attorney General's Office, where he gained a broad range of experience in complex litigation. He was later named partner at the firm now known as Dentons before starting Stueve Siegel Hanson in 2001.

Norm was recognized as a 2020 Missouri Lawyers Awards Influential Lawyer by *Missouri Lawyers Weekly*; has been named among the "500 Leading Plaintiffs' Lawyers in America" by Lawdragon; and is listed among *Best Lawyers in America* and *Kansas City Business Journal*'s "Best of the Bar." He has been honored several times as a Top 100 Missouri/Kansas "Super Lawyer" and a Benchmark Plaintiffs "Local Litigation Star."

Norm has served on the boards of the Healthcare Foundation of Greater Kansas City, the Kansas City Bar Foundation and the Negro Leagues Baseball Museum.



# BRADLEY T. WILDERS
## PARTNER



T 816.714.7126
wilders@stuevesiegel.com

Bradley Wilders represents small and large clients in complex commercial litigation, including patent, copyright, antitrust and fraud cases.

Brad is not afraid to take a case to trial if that is what it takes to secure a fair resolution for his clients. In one recent engagement, Brad was a critical part of the team that achieved a $217.7 million judgment on behalf of Kansas farmers against an international corn seed manufacturer. After the trial, the case settled for all U.S. farmers for $1.51 billion, which is the largest agricultural settlement in U.S. history.

The litigation stemmed from allegations that the seed manufacturer introduced genetically modified corn seed into the U.S. corn supply before it was approved for import into China; as a result, China stopped buying corn from U.S. farmers, causing lower corn prices and other economic losses.

In approving the settlement, the federal district judge described the work undertaken by Brad and other lawyers on the team as "complex and difficult" and that the work they performed was "consistently excellent, as evidenced at least in part by plaintiffs' significant victories with respect to dispositive motion practice, class certification, and trial." Brad a significant role on all three of these issues. His arguments raised critical issues about the biotech industry and its duty to act reasonably when launching new products, resulting in favorable orders that will protect U.S. farmers in the future.

Prior to joining Stueve Siegel Hanson, Brad clerked for Judge John R. Gibson of the U.S. Court of Appeals for the Eighth Circuit, where he was given the rare opportunity to work on cases in five of the 11 federal appellate courts. He draws upon this experience in his current practice, where he has handled multiple successful appellate cases. He also served as an associate at an Am Law 100 international firm in Chicago.

He is named among the Missouri/Kansas "Super Lawyers," has served as a special master, and is active in the local bar, serving in leadership on the Federal Practice Committee of the Kansas City Metropolitan Bar Association, and appointed by the court to the District of Kansas' Bench-Bar Committee.



# DAVID A. HICKEY
## SENIOR COUNSEL



T 816.714.7187
hickey@stuevesiegel.com

An engineer by training, David Hickey advises individuals and companies in high-stakes litigation requiring in-depth technical and factual analysis. David leverages his knowledge of financial, scientific, and actuarial practices to develop winning legal strategies. He prides himself on learning every intricacy in each of his cases.

David has successfully litigated complex cases in both state and federal courts around the nation, advocating for clients in areas including:

**Antitrust.** David helps businesses that have suffered losses from price fixing, monopolization, conspiracy to restrain trade, and more. He represented one of the largest grocery wholesalers in an antitrust matter against the country's largest potato sellers, who were alleged to have fixed the price of fresh and processed potatoes nationwide; he previously represented the same client in an antitrust dispute surrounding a conspiracy to increase the price of eggs under the guise of animal welfare. Stueve Siegel Hanson achieved favorable settlements in both lawsuits.

**Cost of Insurance.** David works on behalf of consumers who are being improperly overcharged for life insurance policies; he is a part of the Stueve Siegel Hanson team that pursues class action litigation against life insurance companies for unauthorized hidden fees and rate increases. The team's recent accomplishments include a $59.75 million settlement in a class action lawsuit against John Hancock and a $34.3 million jury verdict in a class action lawsuit against State Farm.

Before joining Stueve Siegel Hanson in 2010, David worked as a summer clerk for Judge David Waxse at the U.S. District Court for the District of Kansas and practiced at another Kansas City law firm.

He volunteers with Legal Aid of Western Missouri's Volunteer Attorney Project, where he represents low-income individuals in civil matters. David is an avid Kansas City sports fan and runs in a wide variety of local road races.



# LARKIN WALSH
## SENIOR COUNSEL



T 816.714.7139
walsh@stuevesiegel.com

Larkin Walsh champions the rights of workers, consumers, and survivors of forced labor, trafficking, and sexual abuse, and maintains a robust appellate practice. She is adept at navigating complex legal issues, structuring arguments in thoughtfully-crafted briefs and no-nonsense motions designed to pinpoint the relevant issues for the Court and advocate for a favorable ruling. She enjoys the process of weaving facts and law together into a compelling story, at the trial court and appellate court levels. Passionate about holding powerful institutions accountable for turning a blind eye, taking advantage, or otherwise exploiting vulnerable individuals or small businesses, Larkin focuses on high caliber, cutting-edge impact litigation designed to drive institutional change. In short, Larkin is an experienced litigator, with a love of the law, a way with words, and a heart for helping humans.

**Appellate.** Larkin has argued appeals in the Kansas appellate courts, as well as in the U.S. Court of Appeals for the Fourth Circuit, Sixth Circuit, and Tenth Circuit. She recently opposed a petition for certiorari in the Supreme Court that sought to undo a precedent-setting victim-centered decision she and her team secured from the U.S. Court of Appeals for the Sixth Circuit regarding the federal discovery rule's application to the statute of limitations for Title IX claims.

**Civil Rights.** Larkin led a team on a group of cases against the U.S. Olympic Committee and its National Governing Bodies (including USA Taekwondo and USA Diving) involving federal claims under the Trafficking Victims Protection Reauthorization Act (TVPRA) and negligence-based state law claims. These lawsuits have been profiled in numerous national media publications including The New York Times, The Washington Post, USA Today and more.

**Consumer Protection.** Larkin advocates on behalf of plaintiffs in a wide range of high-stakes consumer class actions. Some recent work involved settling valuable claims arising out of a "fake sale" national campaign of a major retailer following a successful interlocutory appeal before the Tenth Circuit.

Larkin assisted in a class action to protect veterans whose cars were unlawfully repossessed by a major national bank. Following extensive discovery and filing a motion for class certification, the bank agreed to a significant settlement for veterans nationwide under the Servicemembers Civil Relief Act (SCRA).



**STUEVE SIEGEL HANSON**

460 Nichols Road, Suite 200
Kansas City, Missouri 64112
stuevesiegel.com
816.714.7100