# EXHIBIT 7

UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| LOCAL 295 IBT EMPLOYER GROUP WELFARE FUND, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>COMPASS MINERALS INTERNATIONAL, INC., et al., )<br><br>Defendants. ) | Civil Action No. 2:22-cv-02432-EFM-ADM<br><br>CLASS ACTION |

**DECLARATION OF EUGENE S. FRIEDMAN FILED ON BEHALF OF FRIEDMAN & ANSPACH IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES**

I, Eugene S. Friedman, declare as follows:

1.      I am a partner with the law firm of Friedman & Anspach (the "Firm").  I am submitting this declaration in support of the application for an award of attorneys' fees and expenses/charges ("expenses") in connection with services rendered in the above-entitled action.

2.      This Firm is additional counsel of record for Lead Plaintiff Retail Wholesale Department Store Union Local 338 Retirement Fund ("Local 338").  Throughout the course of the litigation, the Firm, *inter alia*, reviewed pleadings and motion papers, assisted Local 338 with discovery, and consulted with co-counsel during mediation and settlement negotiations.

3.      The information in this declaration regarding the Firm's time and expenses is taken from time and expense reports and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business.  I am the partner who oversaw and/or conducted the day-to-day activities in the litigation and I reviewed these reports (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration.  The purpose of this review was to confirm both the accuracy of the entries as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation.  As a result of this review, reductions were made to both time and expenses in the exercise of billing judgment.  Based on this review and the adjustments made, I believe that the time reflected in the Firm's lodestar calculation and the expenses for which payment is sought herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the litigation.

4.      After the reductions referred to above, the number of hours spent on the litigation by my Firm is 93.  A breakdown of the lodestar is provided in Exhibit A.  The lodestar amount for attorney time based on the Firm's current rates is $69,750.  The hourly rates shown in Exhibit A are consistent with hourly rates submitted by the Firm in other litigation.  The Firm's rates are set based on periodic analysis of rates charged by firms performing comparable work.

- 1 -

- 2 -

5.     My Firm does not seek an award of expenses and charges in connection with the prosecution of the litigation.

6.     A copy of the Firm's resume describing the professional experience and educational background of the attorney who contributed to this matter is attached as Exhibit B.

- 3 -

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23rd day of June, 2025, at New York, New York.

Eugene S. Friedman

- 3 -

## EXHIBIT A

| | |
|---|---|
| **Attorney Performing Work** | **Eugene S. Friedman** |
| **Number of Hours Spent** | **93** |
| **Hourly Rate** | **$750** |
| **Lodester Amount** | **$69,750** |

**EXHIBIT B**

Eugene S. Friedman
Partner
efriedman@friedmananspach.com

Eugene S. Friedman founded the firm in 1987.  Mr. Friedman is a leader in the fields of labor and employee benefits law, and he has represented unions and employee benefit plans for over 50 years.  He has extensive experience in collective bargaining, union organizing, and advising union officials.  He litigates before federal, state, and bankruptcy courts and before administrative agencies, including the National Labor Relations Board, as well as arbitral forums.  He advises unions and boards of trustees of employee benefit plans on compliance with a variety of laws.  Mr. Friedman also counsels on withdrawal liability matters, prepares and reviews government agency filings, drafts plan documents, and advises on the administrative and operational day to day work of the firm's union and benefit fund clients.

Mr. Friedman co-authored "Withdrawal Liability: Exemption from and Enforcement of Payment," (with Erinn Weeks Waldner), published in Compensation, Work, Hours and Benefits, Proceedings of the New York University 57th Annual Conference on Labor (Jeffrey M. Hirsch & Samuel Estreicher eds., 2009) and "Illegal and Unauthorized Strikes in Violation of Collective Bargaining Agreements:  A Union View," for the 36th Annual Conference on Labor, NYU.  He has lectured at the Illinois Institute of Continuing Legal Education, New York University Conference on Labor, Practicing Law Institute, and the International Foundation of Employee Benefit Plans conference.  Mr. Friedman served as a member of the New York State Task Force on Plant Closings and the Labor and Workforce Development Policy Advisory Committee of the Transition Team of New York Governor-Elect Eliot Spitzer.  Mr. Friedman served in the United States Navy from 1964-65.  He is listed in "Who's Who in American Law," "Who's Who in America," "The Best Lawyers in America," and "Super Lawyers," and is "AV" Rated by Martindale-Hubbell.  Mr. Friedman was selected by the peer review guide "Best Lawyers" as the 2013 Lawyer of the Year in New York City practicing labor and employment litigation.

He is a member of the Association of the Bar of the City of New York (Chairman, Committee on Labor and Employment Law, 1987-1990), the American Arbitration Association Labor Law Committee, the AFL-CIO Union Lawyers Alliance, and the Advisory Board for the NYU Law School Center for Labor and Employment Law.

Mr. Friedman graduated with an LL.B. from Columbia University Law School in 1964 and obtained his B.A. from New York University in 1961.

He is admitted to practice in New York, the U.S. Supreme Court, the U.S. Courts of Appeals for the Second, Third, Fifth, Eleventh and District of Columbia Circuits, and the U.S. District Courts for the Southern and Eastern Districts of New York.