UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| LOCAL 295 IBT EMPLOYER GROUP WELFARE FUND, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | Civil Action No. 2:22-cv-02432-EFM-ADM<br><br>CLASS ACTION |
| Plaintiff, ) ) ) | |
| vs. ) ) ) | |
| COMPASS MINERALS INTERNATIONAL, INC., et al., ) ) ) ) | |
| Defendants. ) ) ) | |

**ORDER APPROVING PLAN OF ALLOCATION**

This matter having come before the Court for a hearing on July 30, 2025, on the motion of Lead Plaintiff Retail Wholesale Department Store Union Local 338 Retirement Fund and additional plaintiff Local 295 IBT Employer Group Welfare Fund (ECF 139), on behalf of themselves and the Class, for final approval of the proposed class action Settlement and approval of the Plan of Allocation for the proceeds of the Settlement; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.    This Order incorporates by reference the definitions in the Stipulation of Settlement, dated March 27, 2025, ECF 135 (the "Stipulation"), and capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2.    Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to Persons who are Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Persons who are Class Members to be heard with respect to the Plan of Allocation.  There were no objections to the Plan of Allocation.

3.    The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of claimants that is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") made available to Class Members, provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Class Members.

4.      The Court hereby finds and concludes that the Plan of Allocation, as set forth in the

Notice, is, in all respects, fair, reasonable, and adequate and the Court hereby approves the Plan of

Allocation.

5.      Plaintiffs Motion for Settlement, DE 139, is hereby GRANTED.

IT IS SO ORDERED.

DATED:  July 31, 2025

_____
THE HONORABLE ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE